■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN WILLIAMS, Appellant. [891 NYS2d 17]

The court properly admitted evidence that defendant refused to take a breathalyzer test (see People v Thomas, 46 NY2d 100

[1978]). The evidence established that defendant did, in fact, refuse, in that he would not take the test unless the police complied with a precondition that was unacceptable under the circumstances. In any event, any error in admitting the evidence was harmless in view of the overwhelming evidence of intoxication, independent of the refusal (*see People v Crimmins*, 36 NY2d 230 [1975]). Concur—Mazzarelli, J.P., Sweeny, Catterson, Freedman and Roman, JJ.